UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITO DION FIELDS, | No. C 13-4221 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BANK OF AMERICA; et al., | |
| Defendants. | |

The complaint in this action repeats claims made in *Fields v. Bank of America*, Case No. C 12-5932 SI. Although the complaint borders on the unintelligible, it is based on the same core set of facts alleged in the earlier case, i.e., an event at a Bank of America branch on December 16, 2011. (The event is described as an attempted bank robbery in the California Court of Appeal's opinion filed on May 7, 2013 in *People v. Fields*, Cal. Ct. App. (1st Dist.) Case No. A1316121 (affirming the imposition of a seven-year prison sentence following a probation revocation).) The complaint is frivolous because it asserts claims duplicative of those raised in the earlier case, i.e., Case No. C 12-5932 SI. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)*; Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. § 1915 as malicious). Accordingly, this action is DISMISSED with prejudice because it is frivolous.

If Fields wants to challenge in federal court the Alameda County Superior Court's decision to revoke his probation and impose a prison sentence, he may file a petition for writ of habeas corpus under 28 U.S.C. § 2254 to assert claims for violations of his rights under the Constitution, laws or treaties of the United States. However, he may not file such a petition until after he exhausts state court remedies for every claim he wishes to present in a federal habeas petition.

The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 23, 2013

_____
SUSAN ILLSTON
United States District Judge

2